# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 5452 | DATE | 4/4/2006 |
| CASE TITLE | Alejandra Sanchez, et al vs. Stampede Meat Inc, et al | | |

**DOCKET ENTRY TEXT**

Fairness hearing held on 4/4/06. Enter Final Judgment Order dismissing the case with prejudice pursuant to the settlement agreement. Case set for status on 4/11/06 at 9:30 a.m. for miscellaneous matters.

■ [ For further detail see separate order(s).] Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | yp |
|---|---|---|

U.S. DISTRICT COURT
2006 APR -5 PM 5:57
FILED